1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5
   Attorneys for Defendant
6  The Lincoln National Life Insurance Company

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 TIMOTHY E. MCNARY,                    )   CASE NO: C07 4901
                                         )
11          Plaintiff,                   )
                                         )   CERTIFICATE OF INTERESTED
12    vs.                                )   PARTIES
                                         )
13 THE LINCOLN NATIONAL LIFE             )
   INSURANCE COMPANY; and DOES 1         )
14 through 10, inclusive,                )
                                         )
15          Defendants.                  )
                                         )   Complaint Filed: August 20, 2007
16 _____)

17

*stamp: ORIGINAL FILED 07 SEP 21 AM 11:39 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*stamp: EMC*

---

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\208\07pleadings\removal_notice of interested parties_fed.doc

CERTIFICATE OF INTERESTED PARTIES

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in the party that could be
5 substantially affected by the outcome of this proceeding:

6  Apart from Plaintiffs the only parties that have a direct, pecuniary interest in the outcome
7 of this case are Lincoln National Life Insurance Company ("Lincoln National") and Metropolitan
8 Life Insurance Company ("MetLife"). Lincoln National is a subsidiary of Lincoln National
9 Corporation. MetLife is a wholly owned subsidiary of MetLife, Inc.

11  Dated: September 2\, 2007                    BARGER & WOLEN LLP

13                                              By: _____
                                                ROYAL F. OAKES
14                                              MICHAEL A. S. NEWMAN
                                                Attorneys for Defendant The Lincoln
15                                              National Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
CERTIFICATE OF INTERESTED PARTIES

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On September 21, 2007, I served the foregoing document(s) described as **CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

| | |
|---|---|
| **Frank N. Darras**<br>**Shernoff Bidart & Darras LLP**<br>**3257 East Guasti Road, Suite 300**<br>**Ontario, California 91761**<br>**Telephone No.: (909) 390-3770**<br>**Facsimile No.: (909) 974-2121** | **Counsel for Plaintiff**<br>**TIMOTHY E. MCNARY** |

[X] **BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **OVERNIGHT DELIVERY**

[ ] I am "readily familiar' with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[ ] **BY PERSONAL SERVICE**

[ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

[ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows: **Frank Darras (Fax No. 909-974-2121)**

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on September 21, 2007.

MELANIE A. TAVERA                    _/s/ Melanie Tavera_
(Name)                                          (Signature)

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\208\07pleadings\proof - usdc.doc

PROOF OF SERVICE