1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5

   Attorneys for Defendant
6  The Lincoln National Life Insurance Company

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 TIMOTHY E. MCNARY,                    )   CASE NO.:
                                         )
11         Plaintiff,                    )
                                         )   CORPORATE DISCLOSURE  EMC
12     vs.                               )   STATEMENT
                                         )
13 THE LINCOLN NATIONAL LIFE             )
   INSURANCE COMPANY; and DOES 1         )
14 through 10, inclusive,                )
                                         )
15         Defendants.                   )   Complaint Filed:  August 20, 2007
                                         )

C 07  *(handwritten case number area)*

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\208\07pleadings\removal_corp disclosure stmt_fed.doc

CORPORATE DISCLOSURE STATEMENT

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
2  CALIFORNIA:

4      Pursuant to Federal Rule of Civil Procedure 7.1, Lincoln National Life Insurance Company
5  is a subsidiary of Lincoln National Corporation.

7  Dated: September 21, 2007          BARGER & WOLEN LLP

9                                      By: _____
10                                     ROYAL F. OAKES
                                     MICHAEL A. S. NEWMAN
                                     Attorneys for Defendant The Lincoln
11                                      National Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
CORPORATE DISCLOSURE STATEMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

  On September 21, 2007, I served the foregoing document(s) described as **CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

| | |
|---|---|
| **Frank N. Darras** | **Counsel for Plaintiff** |
| **Shernoff Bidart & Darras LLP** | **TIMOTHY E. MCNARY** |
| **3257 East Guasti Road, Suite 300** | |
| **Ontario, California 91761** | |
| **Telephone No.: (909) 390-3770** | |
| **Facsimile No.: (909) 974-2121** | |

[X] **BY MAIL**

 [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **OVERNIGHT DELIVERY**

 [ ] I am "readily familiar' with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[ ] **BY PERSONAL SERVICE**

 [ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

 [ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows: **Frank Darras (Fax No. 909-974-2121)**

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on September 21, 2007.

MELANIE A. TAVERA      _/s/ Melanie Tavera_
(Name)            (Signature)

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\208\07pleadings\proof - usdc.doc

PROOF OF SERVICE