1 | Royal F. Oakes (080480), roakes@barwol.com
2 | Michael A. S. Newman (205299), mnewman@barwol.com
  | BARGER & WOLEN LLP
  | 633 West Fifth Street, 47th Floor
3 | Los Angeles, California 90071
  | Telephone: (213) 680-2800
4 | Facsimile: (213) 614-7399

5

6 | Attorneys for Defendant
  | The Lincoln National Life Insurance Company

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9

10 | TIMOTHY E. MCNARY,                    ) CASE NO.: C074901 EMC
                                          )
11 |        Plaintiff,                    ) Hon. Edward M. Chen
                                          )
12 |    vs.                               ) **STIPULATION RE EXTENSION OF**
                                          ) **DEADLINE FOR DEFENDANT TO**
13 | THE LINCOLN NATIONAL LIFE            ) **RESPOND TO COMPLAINT**
    | INSURANCE COMPANY; and DOES 1       )
14 | through 10, inclusive,                )
                                          ) Complaint Filed: August 20, 2007
15 |        Defendants.                   )
                                          )
16                                        )
                                          )
17 _____)

18

19 | Pursuant to FRCP 6(b) and L.R. 6-1(a), Plaintiff Thomas McNary ("Plaintiff") and

20 | Defendant Lincoln National Life Insurance Company ("Defendant"), by and through their counsel

21 | of record, hereby stipulate to extend the deadline for Defendant to answer or otherwise respond to

22 | Plaintiff's Complaint.

23

24 | Pursuant to their stipulation, Defendant's responsive pleading will be considered timely if

25 | submitted on or before **October 26, 2007**.

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2600

i:\office7\7197\208\07pleadings\stip_extension.doc

STIPULATION RE EXTENSION

Good cause for this extension exists, as Defendant has only recently retained counsel, and additional time is needed for Defendant to review the relevant information pertaining to this action, to formulate its interim litigation strategy and to prepare its actual responsive pleadings.

**IT IS SO STIPULATED.**

Dated: September 25, 2007

BARGER & WOLEN LLP

By   /s/ Michael A. S. Newman
    ROYAL F. OAKES
    MICHAEL A. S. NEWMAN
    Attorney for Defendant Lincoln
    National Life Insurance Company

Dated: September 25, 2007

SHERNOFF BIDART & DARRAS

By   _____
    FRANK DARRAS
    Attorney for Plaintiff
    Timothy McNary

c:\documents and settings\ccarvalho\local settings\temporary internet files\olk9\stip_extension.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION RE EXTENSION