FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. MCNARY,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: C 07-04901 EMC<br><br>PLAINTIFF'S NOTICE OF INTERESTED PARTIES |

TO THE COURT:

The undersigned, counsel of record for plaintiff, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.

Dated: October 9, 2007

SHERNOFF BIDART & DARRAS, LLP

FRANK N. DARRAS
Attorneys for Plaintiff

- 1 -
PLAINTIFF'S NOTICE OF INTERESTED PARTIES

<u>McNary v. Lincoln National</u>
Case No: C 07-04907 EMC

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **October 17, 2007**, I served the foregoing document described as:

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

on all interested parties in this action by placing [ ] the original [ x ] a true copy thereof enclosed in sealed envelopes addressed as follows:

**Royal F. Oakes, Esq.**
**Michael S. Newman, Esq.**
**BARGER & WOLEN, LLP**
**633 West Fifth Street, 47th Floor**
**Los Angeles, CA 90071**
Phone: (213) 680-2800
Fax: (213) 614-7399

**Attorney For: The Lincoln National Life Insurance Company**

[ x ] BY MAIL
   I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE
   I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ] BY OVERNIGHT MAIL/COURIER
   To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ] BY FACSIMILE ("FAX")
   In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **October 17, 2007**, at Ontario, California.

_____
Catherine Carvalho