Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
The Lincoln National Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. MCNARY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: C074901 EMC<br><br>ANSWER TO PLAINTIFF'S COMPLAINT<br><br>Complaint Filed:　August 20, 2007 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\208\07pleadings\answer.doc

ANSWER TO PLAINTIFF'S COMPLAINT; CASE NO. C 074901 EMC

1  Defendant The Lincoln National Life Insurance Company ("Lincoln National") hereby
2  answers the Complaint of Thomas McNary ("Plaintiff") as follows:
3  1.  Answering paragraph 1, admitted that Lincoln National issued Plaintiff a disability
4  income policy. Except as admitted, denied.
5  2.  Answering paragraph 2, denied.
6  3.  Answering paragraph 3, denied.
7  4.  Answering paragraph 4, Lincoln National is without information sufficient to verify
8  this allegation.
9  5.  Answering paragraph 5, admitted.
10  6.  Answering paragraph 6, denied.
11  7.  Answering paragraph 7, denied.
12  8.  Answering paragraph 8, admitted that Lincoln National issued Plaintiff a disability
13  income policy. Except as admitted, denied.
14  9.  Answering paragraph 9, admitted that the policy speaks for itself and not otherwise.
15  Except as admitted, denied.
16  10. Answering paragraph 10, denied.
17  11. Answering paragraph 11, denied.
18  12. Answering paragraph 12, admitted only that Plaintiff submitted a claim for disability
19  benefits. Except as so admitted, denied.
20  13. Answering paragraph 13, admitted only that the letter referenced contained some of
21  the quoted language. Except as so admitted, denied.
22  14. Answering paragraph 14, admitted only that the letter referenced contained some of
23  the quoted language. Except as so admitted, denied.
24  15. Answering paragraph 15, admitted only that the letter referenced contained some of
25  the quoted language. Except as so admitted, denied.
26  16. Answering paragraph 16, denied.
27  17. Answering paragraph 17, denied.
28  18. Answering paragraph 18, denied.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\208\07pleadings\answer.doc

ANSWER TO PLAINTIFF'S COMPLAINT; CASE NO. C 074901 EMC

19.  Answering paragraph 19, Lincoln National refers to its response to each and every paragraph above and incorporates its responses as though set forth in full.

20.  Answering paragraph 20, denied.

21.  Answering paragraph 21, denied.

22.  Answering paragraph 22, denied.

23.  Answering paragraph 23, denied.

24.  Answering paragraph 24, denied.

25.  Answering paragraph 25, denied.

26.  Answering paragraph 26, denied.

27.  Answering paragraph 27, Lincoln National refers to its response to each and every paragraph above and incorporates its responses as though set forth in full.

28.  Answering paragraph 28, admitted.

29.  Answering paragraph 29, denied.

30.  Answering paragraph 30, denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**[Failure to State a Claim]**

31.  As a separate and distinct defense, Lincoln National alleges that Plaintiff's Complaint, and its purported claims for relief, fails to state facts sufficient to constitute a claim against Lincoln National.

### SECOND AFFIRMATIVE DEFENSE

**[Claims Handled In Good Faith]**

32.  As a separate and distinct defense, Lincoln National alleges that Lincoln National's handling of the Plaintiff's claim for benefits was reasonable and in good faith and, at all times relevant herein, based on the material facts and circumstances as known to Lincoln National at the

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

ANSWER TO PLAINTIFF'S COMPLAINT; CASE NO. C 074901 EMC

time it acted, and therefore Plaintiff is not entitled to compensatory or consequential damages from Lincoln National.

### THIRD AFFIRMATIVE DEFENSE
### [Genuine Issue]

33.  As a separate and distinct defense, Lincoln National alleges that to the extent there exists a genuine issue as to what benefits, if any, Plaintiff was entitled to, Lincoln National's actions could not have been in bad faith.

### FOURTH AFFIRMATIVE DEFENSE
### [Unclean Hands]

34.  As a separate and distinct defense, Lincoln National alleges that Plaintiff's Complaint is barred by the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE
### [Waiver]

35.  As a separate and distinct defense, Lincoln National alleges that Plaintiff's Complaint is barred by the doctrine of waiver.

### SIXTH AFFIRMATIVE DEFENSE
### [Estoppel]

36.  As a separate and distinct defense, Lincoln National alleges that Plaintiff's Complaint is barred by the doctrine of estoppel.

### SEVENTH AFFIRMATIVE DEFENSE
### [Laches]

37.  As a separate and distinct defense, Lincoln National alleges that Plaintiff's Complaint is barred by the doctrine of laches.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-

ANSWER TO PLAINTIFF'S COMPLAINT; CASE NO. C 074901 EMC

## EIGHTH AFFIRMATIVE DEFENSE

### [No Mitigation of Damages]

38. As a separate and distinct defense, Lincoln National alleges that Plaintiff neglected and refused to mitigate his damages, if any, thus barring, or at least reducing, any recovery herein.

## NINTH AFFIRMATIVE DEFENSE

### [Losses Caused by Plaintiffs]

39. As a separate and distinct defense, Lincoln National alleges that Plaintiff's losses, injuries or damages (if there were any losses, injuries or damages) were proximately caused by Plaintiff, constituting an intervening or superseding cause, and precluding liability of Lincoln National.

## TENTH AFFIRMATIVE DEFENSE

### [Losses Caused By Third Parties]

40. As a separate and distinct defense, Lincoln National alleges that Plaintiff's losses, injuries or damages (if there were any losses, injuries or damages) were proximately caused by third parties, constituting an intervening or superseding cause, and precluding any liability on the part of Lincoln National.

## ELEVENTH AFFIRMATIVE DEFENSE

### [Insufficient Allegations of Punitive Damages]

41. As a separate and distinct defense, Lincoln National alleges that the Complaint fails to state facts sufficient to allow Plaintiff's to recover an award of punitive or exemplary damages against Lincoln National.

## TWELFTH AFFIRMATIVE DEFENSE

### [Failure of Plaintiff to Cooperate]

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-

ANSWER TO PLAINTIFF'S COMPLAINT; CASE NO. C 074901 EMC

42. As a separate and distinct defense, Lincoln National alleges that Plaintiff failed to cooperate with Lincoln National.

### THIRTEENTH AFFIRMATIVE DEFENSE

**[Unconstitutionality of Punitive Damages as Violative of Due Process]**

43. To the extent that the Complaint seeks exemplary or punitive damages from Lincoln National, it violates Lincoln National's rights to substantive and procedural due process under the Fourteenth Amendment to the United States Constitution and/or the Constitution of the State of California, and therefore fails to state a cause of action supporting exemplary and/or punitive damages.

### FOURTEENTH AFFIRMATIVE DEFENSE

**[Unconstitutionality of Punitive Damages as "Excessive Fines"]**

44. To the extent the Complaint seeks exemplary or punitive damages from Lincoln National, it violates Lincoln National's rights to protection against "excessive fines" as provided in the Eighth Amendment to the United States Constitution and/or the Constitution of the State of California, and therefore fails to state a cause of action supporting exemplary and/or punitive damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

**[Statute of Limitations]**

45. As a separate and distinct defense, Lincoln National alleges that Plaintiff's Complaint is barred by statutes of limitations including, but not limited to, California Code of Civil Procedure sections 312, 335, 335.1, 337, 338, 339, 340 and 343.

### SIXTEENTH AFFIRMATIVE DEFENSE

**[Policy Void/Rescission]**

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-5-
ANSWER TO PLAINTIFF'S COMPLAINT; CASE NO. C 074901 EMC

Case 3:07-cv-04901-CRB   Document 10   Filed 10/26/2007   Page 7 of 8

46. As a separate and distinct defense, Lincoln National alleges that the policies referenced in the Complaint are void and/or Lincoln National is entitled to rescission due to concealment, pursuant to Cal. Ins. Code § 330 et. seq. (Concealment) and/or Cal. Ins. Code § 650 et. seq. (Rescission), as well as any and all common law doctrines relating to concealment.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### [Pre-existing Condition]

47. As a separate and distinct defense, Lincoln National alleges that Plaintiff's claim was due to a pre-existing condition, and is therefore, pursuant to the Pre-existing Condition Limitation of the Policy, is not entitled to long term disability benefits.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### [Reservation of Rights]

48. Lincoln National reserves its right to raise additional affirmative defenses and to supplement those asserted herein upon further investigation.

WHEREFORE, Lincoln National prays for judgment as follows:

1. That Plaintiff takes nothing by reason of his Complaint on file herein;

2. That the Court enter a judgment dismissing the Complaint and its purported causes of action against Lincoln National;

3. That the Court award Lincoln National its reasonable expenses and costs, including but not limited to reasonable attorneys' fees, incurred in the defense of the Complaint; and
BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-6-

ANSWER TO PLAINTIFF'S COMPLAINT; CASE NO. C 074901 EMC

1  4.  That the Court grant Lincoln National such other and further relief as the Court may deem proper.

Dated: October 26, 2007

BARGER & WOLEN LLP

By: /s/ Michael Newman
ROYAL F. OAKES
MICHAEL A. S. NEWMAN
Attorneys for Defendant The Lincoln National Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-7-

ANSWER TO PLAINTIFF'S COMPLAINT; CASE NO. C 074901 EMC