Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
The Lincoln National Life Insurance Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. MCNARY,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: C074901 EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION RE EXTENSION OF DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** ; ORDER<br><br>Complaint Filed:  August 20, 2007 |

Pursuant to FRCP 6(b) and L.R. 6-1(a), Plaintiff Thomas McNary ("Plaintiff") and Defendant Lincoln National Life Insurance Company ("Defendant"), by and through their counsel of record, hereby stipulate to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint.

Pursuant to their stipulation, Defendant's responsive pleading will be considered timely if submitted on or before **October 26, 2007.**

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2600

i:\office7\7197\208\07pleadings\stip_extension.doc

STIPULATION RE EXTENSION

Good cause for this extension exists, as Defendant has only recently retained counsel, and additional time is needed for Defendant to review the relevant information pertaining to this action, to formulate its interim litigation strategy and to prepare its actual responsive pleadings.

**IT IS SO STIPULATED.**

Dated: September 25, 2007                    BARGER & WOLEN LLP

                                             By  /s/ Michael A. S. Newman
                                                 ROYAL F. OAKES
                                                 MICHAEL A. S. NEWMAN
                                                 Attorney for Defendant Lincoln
                                                 National Life Insurance Company

Dated: September 25, 2007                    SHERNOFF BIDART & DARRAS

                                             By
                                                 FRANK DARRAS
                                                 Attorney for Plaintiff
                                                 Timothy McNary

IT IS SO ORDERED.



_____
Edward M. Chen
U.S. Magistrate Judge

c:\documents and settings\ccarvalho\local settings\temporary internet files\olk9\stip_extension.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION RE EXTENSION