1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5
   Attorneys for Defendant
6  The Lincoln National Life Insurance Company

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 TIMOTHY E. MCNARY,              )  CASE NO.: CV 07-04901 CRB
                                   )
11         Plaintiff,              )  Hon. Charles R. Breyer
                                   )
12     vs.                         )  STIPULATION RE DATE FOR RULE 26
                                   )  CONFERENCE; [PROPOSED] ORDER
13 THE LINCOLN NATIONAL LIFE       )
   INSURANCE COMPANY; and DOES 1   )
14 through 10, inclusive,          )
                                   )  Complaint Filed:  August 20, 2007
15         Defendants.             )
                                   )
16 _____)

17

18     TO THE COURT:

19     In its Order of October 31, 2007, the Court set the initial case management conference in

20 this matter for January 4, 2008, at 8:30 a.m.

21     Royal F. Oakes, counsel for Defendant Lincoln National Life Insurance Company ("Lincoln

22 National") has informed Plaintiff's counsel that he has a pre-existing conflict with respect to that

23 date and time.

24     Mr. Oakes is counsel for the Defendants in *United Farmers Agents Association, Inc. v.*

25 *Farmers Group, Inc., et al.*, California Superior Court, County of San Francisco, Case No. CGC 07-

26 463516 ("UFAA Action").

27

28
   c:\documents and settings\ccarvalho\local settings\temporary internet files\olk1a\stip re case management conference.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  Prior to this Court's issuance of the October 31, 2007 order, the court in the UFAA Action
2  had already set the case management conference in the UFAA Action for January 4, 2008, at 9:00
3  a.m., in 400 McAllister Street, San Francisco, CA 94102.
4  Given the fact that both conferences begin within a half-hour of each other in different
5  buildings, there is a substantial likelihood that Mr. Oakes will not be able to attend one case
6  management conference without missing some or all of the other.
7  Therefore, the parties hereby stipulate, and request that this Court order, that the case
8  management conference be continued seven days from January 4, 2008 to January 11, 2008, at 8:30
9  a.m. The parties further stipulate that the date by which they will file their joint case management
10 conference statement will remain unchanged.

SHERNOFF, BIDART & DARRAS

Dated: November 12, 2007

By: /s/ Frank N. Darras
FRANK N. DARRAS
Attorneys for Plaintiff
Timothy E. McNary

BARGER & WOLEN

Dated: November 13, 2007

By: /s/ Royal F. Oakes /by MN
ROYAL F. OAKES
Attorneys for Defendants Lincoln
National Life Insurance Company

1  **[PROPOSED] ORDER**

2  Good cause appearing, it is hereby ORDERED that the case management conference in
3  the above-referenced matter be continued from January 4, 2008 to **January 11, 2008, at 8:30 a.m**.
4  The date for filing the joint status conference statement will remain unchanged.

5  Dated: _____, 2007

6

7  By: _____
    Hon. Charles R. Breyer
    United States District Court
8   Northern District of California

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28