1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

5

6  Attorneys for Defendant
   The Lincoln National Life Insurance Company

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| TIMOTHY E. MCNARY, | CASE NO.: CV 07-04901 CRB |
| Plaintiff, | Hon. Charles R. Breyer |
| vs. | STIPULATION RE DATE FOR RULE 26 CONFERENCE; [PROPOSED] ORDER |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed:  August 20, 2007 |

18       TO THE COURT:

19       In its Order of October 31, 2007, the Court set the initial case management conference in

20  this matter for January 4, 2008, at 8:30 a.m.

21       Royal F. Oakes, counsel for Defendant Lincoln National Life Insurance Company ("Lincoln

22  National") has informed Plaintiff's counsel that he has a pre-existing conflict with respect to that

23  date and time.

24       Mr. Oakes is counsel for the Defendants in *United Farmers Agents Association, Inc. v.*

25  *Farmers Group, Inc., et al.*, California Superior Court, County of San Francisco, Case No. CGC 07-

26  463516 ("UFAA Action").

27

28

c:\documents and settings\ccarvalho\local settings\temporary internet files\olk1a\stip re case management conference.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  Prior to this Court's issuance of the October 31, 2007 order, the court in the UFAA Action
2  had already set the case management conference in the UFAA Action for January 4, 2008, at 9:00
3  a.m., in 400 McAllister Street, San Francisco, CA 94102.
4  Given the fact that both conferences begin within a half-hour of each other in different
5  buildings, there is a substantial likelihood that Mr. Oakes will not be able to attend one case
6  management conference without missing some or all of the other.
7  Therefore, the parties hereby stipulate, and request that this Court order, that the case
8  management conference be continued seven days from January 4, 2008 to January 11, 2008, at 8:30
9  a.m. The parties further stipulate that the date by which they will file their joint case management
10 conference statement will remain unchanged.

Dated: November 12, 2007

SHERNOFF, BIDART & DARRAS

By: _____
FRANK N. DARRAS
Attorneys for Plaintiff
Timothy E. McNary

BARGER & WOLEN

Dated: November 13, 2007

By: Royal F. Oakes /by MN
ROYAL F. OAKES
Attorneys for Defendants Lincoln
National Life Insurance Company

## [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the case management conference in the above-referenced matter be continued from January 4, 2008 to **January 11, 2008, at 8:30 a.m**. The date for filing the joint status conference statement will remain unchanged.

Dated: __November 15__, 2007

By: _____
Hon. Charles R. Breyer
United States District C...
Northern D...



IT IS SO ORDERED
Judge Charles R. Breyer

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800