UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY E. MCNARY,

          Plaintiff(s),

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

          Defendant(s).
_____/

CASE NO. C 07-04901 CRB

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓     Private ADR *(please identify process and provider)* _____
      Private mediation with neutral mediator

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: Dec. 20, 2007

                                        SHERNOFF BIDART & DARRAS, LLP
                                        Attorney for Plaintiff

Dated: Dec. 20, 2007

                                        BARGER & WOLEN LLP
                                        Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
-     Non-binding Arbitration
-     Early Neutral Evaluation (ENE)
-     Mediation
- ✔     Private ADR

Deadline for ADR session
- ✔     90 days from the date of this order.
-     other

IT IS SO ORDERED.

Dated:_____

                                                                   _____
                                                                   CHARLES R. BREYER
                                                                   UNITED STATES DISTRICT    JUDGE

<u>McNary v. Met Life</u>
Case No: C 07-04901 CRB

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **December 21, 2007**, I served the foregoing document described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on all interested parties in this action by placing [ ] the original [ x ]a true copy thereof enclosed in sealed envelopes addressed as follows:

Royal F. Oakes, Esq.
Michael S. Newman, Esq.
BARGER & WOLEN, LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA  90071
Phone: (213) 680-2800
Fax: (213) 614-7399

**Attorneys for Defendant: The Lincoln National Life Insurance Company**

[ x ]BY MAIL
    I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
    I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
    To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
    In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **December 21, 2007**, at Ontario, California.

*/s/ Catherine Carvalho*
_____
Catherine Carvalho