UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY E. MCNARY,

          Plaintiff(s),

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
          Defendant(s).
_____/

Case No. C 07-04901 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Dec. 20, 2007

          [Party] PLAINTIFF, TIMOTHY MCNARY

Dated: Dec. 20, 2007

          [Counsel] FRANK N. DARRAS
          SHERNOFF BIDART & DARRAS LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

McNary v. Met Life
Case No: C 07-04901 CRB

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **December 21, 2007**, I served the foregoing document described as:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on all interested parties in this action by placing [ ] the original [ x ] a true copy thereof enclosed in sealed envelopes addressed as follows:

Royal F. Oakes, Esq.
Michael S. Newman, Esq.
BARGER & WOLEN, LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Phone: (213) 680-2800
Fax: (213) 614-7399

**Attorneys for Defendant: The Lincoln National Life Insurance Company**

[ x ] BY MAIL
  I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE
  I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ] BY OVERNIGHT MAIL/COURIER
  To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ] BY FACSIMILE ("FAX")
  In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **December 21, 2007**, at Ontario, California.

Catherine Carvalho