Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
The Lincoln National Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. MCNARY, | CASE NO.: C074901 CRB |
| Plaintiff, | Hon. Charles R. Breyer |
| vs. | JOINT CASE MANAGEMENT STATEMENT |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive, | Complaint Filed: August 20, 2007 |
| Defendants. | |

c:\documents and settings\msn\local settings\temporary internet files\olk15e\cmc statement.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

JOINT CASE MANAGEMENT STATEMENT

1   Pursuant to Fed. R. Civ. Proc., Rule 26 and Civil Local Rule 16-9, Plaintiff Timothy E.
2   McNary ("McNary") and Defendant The Lincoln National Life Insurance Company ("Lincoln
3   National") jointly submit this Case Management Statement.
4       1. <u>Jurisdiction and Service</u>:  This Court has jurisdiction over this matter pursuant to 28
5   U.S.C. Section 1446, as there is complete diversity between the parties, and the amount in
6   controversy exceeds $75,000.  All parties have been served.
7       2. <u>Facts</u>:  McNary sought long term disability benefits under a Lincoln National policy
8   claiming that his mental illness rendered him disabled. McNary contends that he was wrongfully
9   denied benefits under the policy.  Lincoln National contends that it did not deny McNary any
10  benefits that were due under the policy, and that its actions were reasonable.
11      3. <u>Legal Issues</u>:  McNary contends that Lincoln National's actions constitute a breach of
12  contract and a breach of the implied covenant of good faith and fair dealing.  It contends that
13  Lincoln National's actions were unreasonable, malicious, fraudulent, and oppressive.  Lincoln
14  National contends that, because it did not breach the terms of the policy, it cannot be liable to
15  McNary under any theory, be it breach of contract or bad faith.  Further, Lincoln National contends
16  that because its actions were reasonable, it cannot be liable for tort damages.
17      4. <u>Motions</u>:  There are no pending motions.  The parties anticipate the filing of motions for
18  summary judgment and/or partial summary judgment.
19      5. <u>Amendment of Pleadings</u>:  The parties do not anticipate any amendments of the
20  pleadings.
21      6. <u>Evidence Preservation</u>:  The parties are taking all measures necessary pursuant to law to
22  preserve evidence in this matter.
23      7. <u>Disclosures</u>:  The parties anticipate an exchange of initial disclosures prior to the CMC
24  conference.
25      8. <u>Discovery</u>:  The parties anticipate the service of interrogatories, requests for production,
26  requests for admission, and depositions of witnesses to be completed by August 29, 2008.
27      9. <u>Class Actions</u>:  There are no class allegations.
28      10. <u>Related Cases</u>:  There are no related cases.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
JOINT CASE MANAGEMENT STATEMENT

11. <u>Relief</u>: McNary seeks benefits he believes to be due under the policy, as well as general, special, and punitive damages in an amount still to be determined. Lincoln National denies that McNary is entitled to benefits, general, special, or punitive damages, or any recovery in this action.

12. <u>Settlement and ADR</u>: The parties are scheduled to privately mediate this matter on January 29, 2008.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Parties ***do not*** consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14. <u>Other References</u>: The parties believe this case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>: At this point, there do not appear to be any issues that can be narrowed, but the parties will apprise the Court at the time they become aware of such issues.

16. <u>Expedited Schedule</u>: The parties do not believe that this case should be handled on an expedited basis with streamlined procedures.

17. <u>Scheduling</u>: The parties proposed the following proposed dates:

   Designation of Experts: July 11, 2008

   Fact and Expert Discovery Cutoff: August 29, 2008

   Last day for hearings on Fact or Expert Discovery Motions: October 10, 2008

   Hearings on Dispositive Motions: December 12, 2008

   Pretrial Conference: January 19, 2009

   Trial: February 10, 2009

18. <u>Trial</u>: McNary has requested a jury trial.

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>: Each party has filed or will file in the immediate future the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

Lincoln National certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

-3-

JOINT CASE MANAGEMENT STATEMENT

1  financial interest in that subject matter or in the party that could be substantially affected by the
2  outcome of this proceeding:
3      Apart from Plaintiff the only parties that have a direct, pecuniary interest in the outcome
4  of this case are Lincoln National Life Insurance Company ("Lincoln National") and Metropolitan
5  Life Insurance Company ("MetLife").  Lincoln National is a subsidiary of Lincoln National
6  Corporation. MetLife is a wholly owned subsidiary of MetLife, Inc.
7      McNary certifies that no such interest is known other than that of the named parties to the
8  action.

9  Dated:  December 21, 2007                    BARGER & WOLEN LLP

11                                              By   /s/ Michael A. S. Newman
                                                    ROYAL F. OAKES
                                                    MICHAEL A. S. NEWMAN
12                                                  Attorney for Defendant Lincoln
                                                    National Life Insurance Company

14  Dated:  December 21, 2007                   SHERNOFF BIDART & DARRAS

16                                              By   /s/ Frank Darras
                                                    FRANK DARRAS
                                                    Attorney for Plaintiff
17                                                  Timothy McNary

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-
JOINT CASE MANAGEMENT STATEMENT