1  FRANK N. DARRAS #128904
2  SHERNOFF BIDART & DARRAS, LLP
3  3257 East Guasti Road, Suite 300
   Ontario, CA  91761
   Telephone:   909.390.3770
4  Facsimile:    909.974.2121
   Email: fdarras@sbd-law.com
5
6  Attorneys for Plaintiff

7

8

9                    UNITED STATE DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  TIMOTHY E. MCNARY,                Case No.: C 07-04901 CRB

13         Plaintiff,                 PLAINTIFF'S REQUEST TO APPEAR
                                      TELEPHONICALLY AT SCHEDULING
14     vs.                            CONFERENCE; AND PROPOSED
                                      ORDER
15  THE LINCOLN NATIONAL LIFE
16  INSURANCE COMPANY,                Date:    January 11, 2008
                                      Time:    8:30 a.m.
17         Defendant.                 Place:   Courtroom 8

18

19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20         Lead trial counsel for plaintiff, Frank N. Darras, hereby respectfully requests

21  leave to appear telephonically at the January 11, 2008, Scheduling Conference, in

22  Courtroom 8, of the above-entitled Court located at 450 Golden Gate Avenue, San

23  Francisco, CA 94102.  Counsel for defendant, Royal F. Oakes, has been notified that

24  Mr. Darras is requesting leave from the Court to appear telephonically at the scheduling

25  / / /

26  / / /

27  / / /

28  / / /

- 2 -

1  conference and has no objections.

2

3  DATE: January 8, 2008              SHERNOFF BIDART & DARRAS, LLP

4

5                                     *[signature]*
                                      FRANK N. DARRAS
6                                     Attorneys for Plaintiff

7                              **ORDER**

8      IT IS HEREBY ORDERED that counsel for plaintiff, Frank N. Darras is granted
9  leave to appear telephonically at the January 11, 2008, scheduling conference.

10

11     **IT IS SO ORDERED.**

12

13  DATED: _____

14                                                    _____
                                                      HONORABLE CHARLES R. BREYER
15                                                    U.S. DISTRICT JUDGE

<u>McNary v. Lincoln National</u>
Case No: C 07-04901 CRB

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **January 8, 2008**, I served the foregoing document described as:

PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE; AND PROPOSED ORDER

on all interested parties in this action by placing [ ] the original [ x ]a true copy thereof enclosed in sealed envelopes addressed as follows:

Royal F. Oakes, Esq.
Michael S. Newman, Esq.
BARGER & WOLEN, LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Phone: (213) 680-2800
Fax: (213) 614-7399

**Attorneys for Defendant: The Lincoln National Life Insurance Company**

[ x ]BY MAIL
    I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
    I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
    To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ x ]BY FACSIMILE ("FAX")
    In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **January 8, 2008**, at Ontario, California.

_____
Catherine Carvalho