FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: 909.390.3770
Facsimile: 909.974.2121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. MCNARY,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: C 07-04901 CRB<br><br>PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE; AND ~~PROPOSED~~ ORDER<br><br>Date: January 11, 2008<br>Time: 8:30 a.m.<br>Place: Courtroom 8 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Lead trial counsel for plaintiff, Frank N. Darras, hereby respectfully requests leave to appear telephonically at the January 11, 2008, Scheduling Conference, in Courtroom 8, of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102. Counsel for defendant, Royal F. Oakes, has been notified that Mr. Darras is requesting leave from the Court to appear telephonically at the scheduling

/ / /
/ / /
/ / /
/ / /

1  conference and has no objections.

2

3  DATE: January 8, 2008                    SHERNOFF BIDART & DARRAS, LLP

4                                           [signature]

5                                           FRANK N. DARRAS
                                             Attorneys for Plaintiff
6

7                            **ORDER**

8   IT IS HEREBY ORDERED that counsel for plaintiff, Frank N. Darras is granted
9  leave to appear telephonically at the January 11, 2008, scheduling conference.

10

11  **IT IS SO ORDERED.**

12

13  DATED: January 9, 2008

14                                           HONORABLE CHARLES R. BREYER
                                             U.S. DISTRICT JUDGE
15

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]