**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 11, 2008**

**C-07-4901 CRB**

## TIMITHY MCNARY v. LINCOLN NAT'L LIFE. INS. CO.

Attorneys:   Frank Darras appeared telephonically     Royal Forrest Oakes present

Deputy Clerk: **Frank Justiliano**          Reporter: **None**

**PROCEEDINGS:**                                                                                            **RULING:**

1.  Initial Case Management Conference held.

2. 

3. 

4. 
   ( ) Status Conference     ( ) P/T Conference     ( X ) Case Management Conference

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____
       ( ) By Court     ( ) Parties to approach Chief Magistrate in future

( X ) CASE CONTINUED TO   3/7/08          for   Further Case Management Conference

Discovery Cut-Off _____                         Expert Discovery Cut-Off _____

Plntf to Name Experts by _____                  Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  ( ) Jury    ( ) Court

Notes:   Mediation scheduled for 1/29/08.