FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. MCNARY, <br><br> Plaintiff, <br><br> vs. <br><br> THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: C 07-04901 CRB <br><br> PLAINTIFF'S NOTICE OF SETTLEMENT |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 30 days.

Dated: February 4, 2008         SHERNOFF BIDART & DARRAS, LLP

                                /s/ Frank N. Darras
                                FRANK N. DARRAS
                                Attorneys for Plaintiff

- 1 -
PLAINTIFF'S NOTICE OF SETTLEMENT