1  FRANK N. DARRAS #128904
   SHERNOFF BIDART & DARRAS, LLP
2  3257 East Guasti Road, Suite 300
3  Ontario, CA  91761
   Telephone:   9093903770
4  Facsimile:    9099742121
   Email: fdarras@sbd-law.com
5

6  Attorneys for Plaintiff

7

8                   UNITED STATE DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
11 TIMOTHY E. MCNARY,              Case No: C 07-04901 CRB

12         Plaintiff,              **STIPULATION RE VOLUNTARY**
                                   **DISMISSAL OF ENTIRE ACTION WITH**
13 vs.                             **PREJUDICE**

14 THE LINCOLN NATIONAL LIFE
   INSURANCE COMPANY,
15
16         Defendants.

17

18     IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff TIMOTHY E.

19 MCNARY, and defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

20 and their attorneys of record, that the parties have resolved this matter in its entirety.

21     IT IS HEREBY AGREED that the complaint and any counterclaim on file herein

22 ///

23

24 ///

25

26 ///

27

28 ///

- 1 -
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

2

3  Dated: March 26, 2008    SHERNOFF BIDART & DARRAS, LLP

4  _____
5  FRANK N. DARRAS
   Attorneys for Plaintiff, TIMOTHY E. MCNARY

6

7  Dated: March ___, 2008    BARGER & WOLEN LLP

8  _____

9  ROYAL F. OAKES
   MICHAEL S. NEWMAN
10 Attorneys for Defendant, THE LINCOLN
   NATIONAL LIFE INSURANCE COMPANY
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE