

| | |
|---|---|
| TIMOTHY E. MCNARY,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No: C 07-04901 CRB<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE CHARLES R. BREYER
Judge of the U.S. District Court

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE