FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: 9093903770
Facsimile: 9099742121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. MCNARY,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No: C 07-04901 CRB<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff TIMOTHY E. MCNARY, and defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein

///

///

///

///

1  shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

2

3  Dated: March 26, 2008                SHERNOFF BIDART & DARRAS, LLP

4                                       _____
5                                       FRANK N. DARRAS
                                         Attorneys for Plaintiff, TIMOTHY E. MCNARY
6

7  Dated: March 26, 2008                BARGER & WOLEN LLP

8                                       _____
                                         ROYAL F. OAKES
9                                        MICHAEL S. NEWMAN
10                                       Attorneys for Defendant, THE LINCOLN
                                         NATIONAL LIFE INSURANCE COMPANY
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28